IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-420 (WJM)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**FRANCISCO ESQUIVEL-IVALA**
    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE THE DISPOSITION HEARING**

---

    Francisco Esquivel-Ivala, by and through his counsel, David N. Fisher, Esq., hereby files this Unopposed Motion to Continue the Disposition Hearing. In support of this request, Mr. Esquivel-Ivala states as follows:

    1.  Mr. Esquivel-Ivala was arrested on February 7, 2019 and arraigned on the same day.

    2.  Currently his Disposition Hearing is set for July 3, 2019.

    3.  However, the Government just furnished the plea agreement to defense counsel on June 28th. Undesigned counsel is out of the country on vacation. Additional time is needed to review the plea and have a substantive conversations about it with my client. Mr. Esquivel had

already agreed to the general terms of the plea agreement as outlined previously by the Government. However, the actual written agreement was just recently provided.

4. Accordingly, Mr. Esquivel-Ivala requests that this Court vacate the current plea hearing date and reset the date.

5. Counsel is available for a new plea hearing date on the following dates: July: 16, 26, 29, 30, 31. As well as August: 1, 2, 5,6,7, and 9.

6. Undersigned counsel contacted Assistant United States Attorney James Boma who is assigned to this case and he consents to the requested continuance.

7. The failure to grant the requested continuance on behalf of Mr. Esquivel-Ivala would result in a miscarriage of justice in his case and would also deny undersigned counsel the reasonable time necessary for effective preparation and consultation with my client.

8. Undersigned counsel will diligently undertake to consult with Mr. Esquival and ensure the new plea date will go forward as scheduled. However, because the plea agreement was just now tendered, and undersigned counsel is out of the country, no amount of diligent work can insure effective assistance of counsel if the date for the plea hearing were not vacated.

WHEREFORE, Mr. Esquivel-Ivala respectfully requests that this Court issue an Order vacating the current plea hearing date, and set a new one.

RESPECTFULLY SUBMITTED,

/s/ *David Fisher, Esq.*
David Fisher, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345

C: (845) 721-2157
David@FBLaw.org
Attorney for Mr. Francisco Esquivel-Ivala

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing **Unopposed Motion to Continue the Disposition Hearing Date** with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following email address:

    Jim Boma, AUSA
    Email: James.Boma@usdoj.gov

and I hereby certify that I will serve the document or paper to the following non CM/ECF participant in the manner indicated by the non-participant's name:

    Mr. Esquivel-Ivala, Defendant
    (via hand delivery)

/s/ *David Fisher, Esq.*
David Fisher, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
C: (845) 721-2157
David@FBLaw.org
Attorney for Mr. Esquivel-Ivala